No. 22-1097                            September Term, 2023

CMCR-21-003

Filed On: October 31, 2023

Ali Hamza Ahmad Suliman al Bahlul,

      Petitioner

    v.

United States of America,

      Respondent

------------------------------

Consolidated with 22-1173

**BEFORE:**   Srinivasan*, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of petitioner's corrected petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote; and petitioner's unopposed motion for leave to file a reply in support of rehearing en banc, and the lodged reply, it is

**ORDERED** that the petition be denied. It is

**FURTHER ORDERED** that the motion be granted.

The Clerk is directed to file the lodged reply.

### Per Curiam

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                    BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk

---

* Chief Judge Srinivasan did not participate in this matter.