ORAL ARGUMENT SCHEDULED FOR MARCH 22, 2023
**UNITED STATES COURT OF APPEALS**
*for the* **District of Columbia Circuit**

| | | |
|---|---|---|
| ALI HAMZA AHMAD SULIMAN AL BAHLUL, | ) ) ) | **MOTION TO DISQUALIFY** |
| Petitioner, | ) ) | |
| *v.* | ) ) | No. 22-1097 |
| UNITED STATES OF AMERICA, | ) ) ) | February 21, 2023 |
| Respondent. | ) ) | |

COMES NOW, Petitioner, Ali Hamza Suliman Al Bahlul, pursuant to Fed. R. App. Pro. 27, and respectfully moves to disqualify the Honorable Gregory Katsas from this case. Counsel for Respondent have been consulted and take no position on the relief requested.

## BACKGROUND

On February 1, 2023, this Court docketed the above-captioned case for oral argument on March 22, 2023. On February 21, 2023, this Court announced the assignment of Circuit Judges Katsas, Pan, and Sentelle to the merits panel.

From 2001 to 2009, Judge Katsas served in several high-level positions in the Justice Department. Gregory Katsas, U.S. Senate Committee on the Judiciary,

Questionnaire for Judicial Nominees, at 2.[1] These included the positions of

Principal Deputy Associate Attorney General from 2006 to 2008, and Assistant

Attorney General for the Civil Division from 2008 to 2009. *Ibid.*

In those positions, Judge Katsas supervised Guantanamo litigation in which

Petitioner was a party. While head of the Civil Division, Judge Katsas also

appeared as opposing counsel in a habeas corpus action in which Petitioner was a

party, *Jayafi v. Bush*, 05-cv-2104; Misc. No. 08-442 (D.D.C, filed Oct. 27, 2005),

and an appeal that was noticed to this Court. Notice of Appeal, *Jayafi v. Bush*, No.

05-cv-2104, Dkt. 60 (D.D.C., Jul 25, 2008); *Jayafi v. Obama*, Case No. 08-5306

(D.C. Cir., docketed Aug. 5, 2008).[2]

## ARGUMENT

Petitioner makes this motion pursuant to 28 U.S.C. §§ 455(a); 455(b)(3), and

Code of Conduct for United States Judges, Canons 3(C)(1)(b); 3(C)(1)(e), under

which a "judge may not hear a case in which he previously played any role."

*Cobell v. Norton*, 334 F.3d 1128, 1144 (D.C. Cir. 2003); *see Williams v.*

*Pennsylvania*, 579 U.S. 1, 10-11 (2016); *United States v. Herrera-Valdez*, 826 F.3d

912, 919 (7th Cir. 2016); *Hill v. Thaler*, 401 F. App'x 974, 975 (5th Cir. 2010);

---

[1] https://perma.cc/H6L8-23HR

[2] In those actions, Petitioner appeared under the variant spelling of his name, "Ali Hamza Hamed Suliman Bahlool."

*United States v. Herrera-Valdez*, 826 F.3d 912, 919 (7th Cir. 2016); *Clemmons v. Wolfe*, 377 F.3d 322, 326 (3d Cir. 2004); *Rice v. McKenzie*, 581 F.2d 1114, 1117 (4th Cir. 1978); *United States v. Amerine*, 411 F.2d 1130, 1133 (6th Cir. 1969).

Petitioner has no basis to conclude that Judge Katsas bears him personal animus. However, Petitioner also lacks sufficient information to waive the need for disqualification.

As precedent, Petitioner notes that both Justice Neil Gorsuch and Chief Judge Sri Srinavasan have disqualified themselves *sua sponte* from cases involving Petitioner. *See*, *e.g.*, Order, *Bahlul v. United States*, No. 16-1307 (U.S., Oct. 17, 2017); Order, *Bahlul v. United States*, No. 19-1076 (D.C. Cir., Jan. 21, 2021) (en banc). Though neither appeared as opposing counsel, both had also served in senior Justice Department positions with supervisory responsibilities over Guantanamo cases in which Petitioner was a party. Justice Gorsuch had been the Principal Deputy Associate Attorney General from 2005 to 2006. Neil Gorsuch, U.S. Senate Committee on the Judiciary, Questionnaire for Nominee to the Supreme Court, at 2.[3] And Chief Judge Srinavasan had been the Principal Deputy Solicitor General from 2011 to 2013. Sri Srinavasan, U.S. Senate Committee on the Judiciary, Questionnaire for Judicial Nominees, at 2.[4]

---

[3] https://perma.cc/LEH5-TTRQ

[4] https://perma.cc/5MSJ-MPL3

Given that Judge Katsas was Justice Gorsuch's successor as Principal Deputy Associate Attorney General, given his responsibilities in the Justice Department, and given his personal appearance as opposing counsel, Petitioner is compelled to move for his disqualification.

Dated:        February 23, 2023

Respectfully submitted,

/s/ Michel Paradis

MAJ Todd Pierce, JA, USA (Ret.)      Michel Paradis
Senior Fellow                        LT Jennifer Joseph, JAGC, USN
Univ. of Minnesota Human Rights      Alexandra Link
  Center                             Aaron Sheppard
Mondale Hall, N-120                  U.S. Department of Defense
229-19th Avenue South                Military Commission Defense
Minneapolis, MN 55455                  Organization
                                     1620 Defense Pentagon
                                     Washington, DC 20301
                                     1.703.695.4672
                                     michel.d.paradis.civ@mail.mil

                                     *Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023 a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: February 23, 2023

Respectfully submitted,


/s/ Michel Paradis
Michel Paradis
U.S. Department of Defense
Military Commission Defense
  Organization
1620 Defense Pentagon
Washington, DC 20301
1.703.695.4672
michel.d.paradis.civ@mail.mil

**Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style Requirements**

     Petitioner's motion for leave to proceed in forma pauperis, filed with this Court on February 23, 2023, complies with the type-volume limitations imposed by Fed. R. App. P. 27(d)(2) because it contains 541 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

Dated: February 23, 2023

                    Respectfully submitted,

                    /s/ Michel Paradis
                    *Counsel for Petitioner*