# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 22-1097** | **September Term, 2022** |
| | **CMCR-21-003** |
| | **Filed On:** March 10, 2023 |

Ali Hamza Ahmad Suliman al Bahlul,

    Petitioner

  v.

United States of America,

    Respondent

------------------------------

Consolidated with 22-1173

    **BEFORE:**    Katsas, Circuit Judge

### O R D E R

    Upon consideration of petitioner's motion to disqualify Judge Katsas, filed February 23, 2023, it is

    **ORDERED** that the motion be denied, in accordance with the opinion filed herein this date.

### Per Curiam

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                        BY:    /s/
                                  Daniel J. Reidy
                                  Deputy Clerk